**Order entered July 30. 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00436-CV

**HOLLY BONE A/K/A HOLLY MARTIN, Appellant**

**V.**

**DAVID TYLER MOSS, ET AL., Appellees**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-09893**

### ORDER

On July 23, 2021, a sealed supplemental clerk's record was filed containing the trial court's January 22, 2021 "Ex Parte and Under Seal Omnibus Orders for Issuance of Post-Judgment Writs of Garnishment." The record before this Court, however, does not contain a sealing order allowing the supplemental clerk's record to be filed under seal. Accordingly, we will temporarily seal the supplemental clerk's record for **FORTY DAYS** to allow the parties to obtain an order from the trial court sealing the supplemental clerk's record. *See* TEX. R. CIV. P. 76a.

The parties shall provide, within **forty days** of the date of this order, written verification whether the trial court signed a sealing order. If the trial court does not sign a sealing order within the time prescribed, the Court will vacate the portion of this order temporarily sealing the supplemental clerk's record.

If the trial court signs a sealing order, we **ORDER** Dallas County District Clerk Felicia Pitre to file, within **forty-five days** of the date of this order, a supplemental clerk's record containing the sealing order.

We **DIRECT** the Clerk of this Court to send a copy of this order to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; Ms. Pitre; and, the parties.

/s/     CRAIG SMITH
        JUSTICE